Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  15–30135–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lisa M. Williams
    2126 S. Brighton Avenue
    Lindenwold, NJ 08021

Social Security No.:
    xxx–xx–6415

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:        2/22/18
Time:         02:00 PM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

_____

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
$1100.00

EXPENSES
$18.63

_____

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: January 10, 2018
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-30135-JNP
Lisa M. Williams                                                                Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 3            Date Rcvd: Jan 10, 2018
                               Form ID: 137             Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
```
db            +Lisa M. Williams,    2126 S. Brighton Avenue,    Lindenwold, NJ 08021-2507
515815396      Advocare Ent Specialty Center,    PO Box 3001,   Voorhees, NJ 08043-0598
515815397      Allstate New Jersey Insurance Company,    PO Box 3576,    Akron, OH 44309-3576
516008125     +Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
515815400     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
516030629     +BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
515815399      Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
515815401     +Borough of Lindenwold,    15 N. White Horse Pike,    Clementon, NJ 08021-7564
515882856      Borough of Lindenwold,    Law Offices of David A. Capozzi, P.C.,    601 A White Horse Pike,
               Haddon Heights, NJ  08035
515815405     +CCMUA,   Po Box 1105,    Bellmawr, NJ 08099-5105
515941861     +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
515815403     +Capital One Bank,    c/o Nudelman, Klemm & Golub,    425 Eagle Rock Ave, Ste 403,
               Roseland, NJ 07068-1717
515815404      Capital One Bank,    Po Box 71083,    Charlotte, NC 28272-1083
515862017      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515815407     +Comcast,    PO Box 3005,    Southeastern, PA 19398-3005
515815408      Cooper Univeristy Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
515815410     +Dr. Richard Dittrich- RWHM,    c/o Apex Asset Management LLC,    PO Box 5407,
               Lancaster, PA 17606-5407
515861221     +Eastern Dental,    3 Kelly Drivers Rd,    Clementon NJ 08021-4823
515815411      Emerg Phy Assoc of S. Jersey, PC,    c/o Akron Billing Center,    PO Box 740021,
               Cincinnati, OH 45274-0021
515815414     +Independence,    1901 Market Street,    Philadelphia, PA 19103-1475
515815415     +Independence Blue Cross,    1901 Market Street,    Philadelphia, PA 19103-1475
515815417     +Kennedy Health System,    c/o Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
515815418      Kennedy Medical Group,    PO Box 95000,    CL 4570,    Philadelphia, PA 19195-0001
515815419      Kennedy University Hospital Inc,    c/o C.Tech Collections Inc.,    PO Box 402,
               Mount Sinai, NY 11766-0402
515815420      Kennedy University Hsopital,    PO Box 48023,    Newark, NJ 07101-4823
515815421      Laboratory Corp of America Collections,    PO Box 2240,    Burlington, NC 27216-2240
515815422     +Lindenwold Sewer Utility,    15 N. White Horse Pike,    Clementon, NJ 08021-7564
515861222     +Medical Diagnostic Laboratories, LLC,    2439 Kuser Road,    Hamilton NJ 08690-3303
515815423      Mercy Diagnostics Inc,    3109 Poplarwood Ct., Ste 302,    Raleigh, NC 27604-1044
515815424      New Century Financial Services,    c/o Pressler and Pressler,    7 Entin Road,
               Parsippany, NJ 07054-5020
515815425      New Jersey American Water,    Box 371331,    Pittsburgh, PA 15250-7331
515815426     ++PNC BANK,    500 FIRST AVE P7-PFSC-02-F,    PITTSBURGH PA 15219-3129
               (address filed with court:  PNC Bank,    Garnishment Processing,    500 First Avenue,
               Pittsburgh, PA 15219)
515861223     +QVC,   c/o Penn Credit,    916 S 14th Street,    PO Box 988,    Harrisburg PA 17108-0988
515815428     +Rancocas Anesthesiology,    PO Box 95000-3170,    Philadelphia, PA 19195-0001
515815429     +Reconstructive Orthopedics,    4 Eves Drive, Bldg A, Ste 100,    Marlton, NJ 08053-3195
515815430     +Regional Women's Health Group,    PO Box 536,    Voorhees, NJ 08043-0536
515815431     +Richard J. Diitrich, DO,    1000 White Horse Rd, Ste 612,    Voorhees, NJ 08043-4412
515861224     +Rothman Institute,    c/o ProCo,    PO Box 2462,    Aston PA 19014-0462
515815432      Rowan SOM Faculty Practice Plan,    Rowan SOM Dept. of Int Gen Med,    PO Box 635,
               Bellmawr, NJ 08099-0635
515815433      Rowan SOM General Internal Med,    c/o Penn Credit,    916 S. 14th Street,    PO Box 988,
               Harrisburg, PA 17108-0988
515815437     +STAT Medical Transport,    PO Box 13702 30th Street Station,    Philadelphia, PA 19101-3702
515815435     +South Jersey Gas,    c/o Rickart Collection Systems, Inc.,    575 Milltown Road,    PO Box 7242,
               North Brunswick, NJ 08902-7242
515815434      South Jersey Gas,    attn Mrs. Flemming,    Po Box 6091,    Bellmawr, NJ 08099-6091
515815436      South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
515815439     ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court:  T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596)
515815440      The Children's Hospital of Philadelphia,    Lockbox #8017,    PO Box 8500,
               Philadelphia, PA 19178-8017
515815441     +Trover Solutions/Independence Blue Cross,    c/o Gibson & Sharps,    9420 Bunsen Pkwy #250,
               Louisville, KY 40220-4205
515861225     +UniCare UniView Vision,    4000 Luxottica Place,    Mason OH 45040-8114
515815442      Upright MRI of Cherry Hill,    PO Box 296,    Cedar Brook, NJ 08018-0296
515861226     +Victoria's Secret/World Finan.,    c/o NCC,    245 Main Street,    Dickson City PA 18519-1641
515815443     +Virtua Health System-WJ,    c/o Apex Asset Managment LLC,    PO Box 5407,
               Lancaster, PA 17606-5407
515815444      Virtua Health Voorhees,    Po Box 8500-8267,    Philadelphia, PA 19178-8267
517189347     +Wilmington Trust, National Association,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
               Carrollton, TX 75006-3357
517189348     +Wilmington Trust, National Association,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
               Carrollton, TX 75006,    Wilmington Trust, National Association,
               Fay Servicing, LLC 75006-3357
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Jan 10, 2018
                             Form ID: 137             Total Noticed: 70
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg                E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2018 23:25:34      U.S. Attorney,   970 Broad St.,
                      Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg               +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2018 23:25:31      United States Trustee,
                      Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                      Newark, NJ  07102-5235
515836424          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2018 23:35:42
                      American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                      Oklahoma City, OK  73124-8848
515966933          E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2018 23:30:08
                      Ashley Funding Services LLC,   c/o Resurgent Capital Services,   PO Box 10587,
                      Greenville, SC  29603-0587
515815398         +E-mail/Text: bankruptcy@pepcoholdings.com Jan 10 2018 23:25:13      Atlantic City Electric,
                      PO Box 13610,   Philadelphia, PA 19101-3610
515815402         +E-mail/Text: bknotices@fenton-mcgarvey.com Jan 10 2018 23:24:47      Capital One Bank,
                      c/o Fenton & McGarvey Law Firm, PSC,   2401 Stanley Gault Pkwy,   Louisville, KY 40223-4175
515861220         +E-mail/Text: egssupportservices@alorica.com Jan 10 2018 23:25:42      Capital One Bank USA, N.A.,
                      c/o NCO Financial Systems,   PO Box 17218,   Dept 64,   Wilmington DE 19850-7218
515815406         +E-mail/Text: Harris@ebn.phinsolutions.com Jan 10 2018 23:26:33
                      Children's Hospital of Philadelphia,   c/o Harris & Harris LTD,
                      111 West Jackson Blvd, Suite 400,   Chicago, IL 60604-4135
515815409          E-mail/Text: Bankruptcy.Consumer@dish.com Jan 10 2018 23:25:29      Dish,   PO Box 94063,
                      Palatine, IL 60094-4063
515815413          E-mail/Text: bankruptcy@hsn.net Jan 10 2018 23:26:03      HSN,   Attn: Collections Department,
                      PO Box 9090,   Clearwater, FL 33758-9090
515815412         +E-mail/Text: tuscolsup@fisglobal.com Jan 10 2018 23:26:09      Harrahs Atlantic City,
                      c/o Complete Payment Recovery Services,   3500 5th Street,   Northport, AL 35476-4723
515815416          E-mail/Text: cio.bncmail@irs.gov Jan 10 2018 23:25:04      IRS,   PO Box 7346,
                      Philadelphia, PA 19101-7346
516023525         +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2018 23:35:29      PYOD LLC,
                      c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
515815427         +E-mail/Text: bankruptcy@afflo.com Jan 10 2018 23:25:34      QVC, Inc.,
                      c/o Global Credit & Collection Corp.,   5440 N Cumberland Ave, Ste 300,
                      Chicago, IL 60656-1486
515818135          E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 23:29:59      Synchrony Bank,
                      c/o Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                      Miami, FL 33131-1605
515815445         +E-mail/Text: RMOpsSupport@alorica.com Jan 10 2018 23:25:41      Worldwide Asset Purchasing LLC,
                      c/o Capital Management Services LP,   726 Exchange Street, Ste 700,   Buffalo, NY 14210-1464
                                                                                                TOTAL: 16
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515815438          ##Strive Physical Therapy,   740 Marne Hwy, Ste 203,   Moorestown, NJ 08057-3127
                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jan 10, 2018
                             Form ID: 137              Total Noticed: 70

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Eric  Clayman    on behalf of Debtor Lisa M. Williams jenkins.clayman@verizon.net
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
      Jeffrey E. Jenkins    on behalf of Debtor Lisa M. Williams jenkins.clayman@verizon.net,
       jenkins.clayman@verizon.net
      Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
                                         TOTAL: 6