# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee†*

Jane L. McDonald, Counsel  
Raymond H. Shockley, Jr. Staff Attorney  
Jennifer R. Gorchow, Staff Attorney  

Kelleen E. Stanley*  
Jennie P. Archer*  
Jenai M. Cerquoni*  

*Certified Bankruptcy Assistant  
†Fellow, American College of Bankruptcy

February 15, 2018

The Honorable Jerrold N. Poslusny, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy  
        Debtor(s) Name:    Lisa M. Williams  
        Case No:    15-30135   JNP  
        Hearing Date:    February 22, 2018 at 2:00 PM

Dear Judge Poslusny:

      Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on January 9, 2018 for the above-captioned matter.

      The proposed form of order filed with the Motion/Application, fails to indicate the correct amount of months remaining in the plan. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect the amount of months remaining as twenty-nine (29) months.

      **Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

      As always, the Court is welcome to contact the Trustee with any concerns.

      Respectfully submitted,

      *OFFICE OF THE CHAPTER 13*  
      *STANDING TRUSTEE*

      */s/ Isabel C. Balboa*

      **ISABEL C. BALBOA**  
      Chapter 13 Standing Trustee

ICB:lka

c:    Eric J. Clayman, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)  
    Lisa M. Williams   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002  

Payments Only:  
P.O. Box 1978  
Memphis, TN 38101-1978