*Office of the Chapter 13 Standing Trustee*

***Isabel C. Balboa, Chapter 13 Standing Trustee†***

*Jane L. McDonald, Counsel*                                                      *Kelleen E. Stanley\**
*Raymond H. Shockley, Jr. Staff Attorney*                              *Jennie P. Archer\**
*Jennifer R. Gorchow, Staff Attorney*                                    *Lu'Shell K. Alexander\**
                                                                                        *\*Certified Bankruptcy Assistant*
                                                                                        *†Fellow, American College of Bankruptcy*

March 29, 2019

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:     Chapter 13 Bankruptcy
          Debtor(s) Name:          Lisa M. Williams
          Case No:                   15-30135   JNP
          Hearing Date:             May 2, 2019 at 2:00 PM

Dear Judge Poslusny:

          Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on March 25, 2019.

          The Trustee wishes to correct Mr. Clayman's Certification in Support of his supplemental fee.  Mr. Clayman's Certification states that he has applied for $4,901.86 in this case and has been paid $4,901.86.  However, Mr. Clayman has applied for fees, and has been paid $5,401.86.  The Trustee has disbursed to him $4,716.86:  $2,810.00 + costs $42.50 = $2,852.50 (pursuant to the February 5, 2016 confirmation Order); $345.73 (pursuant to an Order dated March 16, 2016); $500.00  (pursuant to an Order dated Jun 19, 2017); and $1,018.63  (pursuant to an Order dated February 22, 2018.  These sums are in addition to the $685.00 retainer reported in the Attorney Disclosure Statement.

          In addition, the proposed form of order filed with the Motion/Application, fails to indicate a correct monthly Trustee payment going forward, and fails to indicate the correct amount of months remaining in the plan.  Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $216.00 per month for fifteen (15) months.

          **Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

          As always, the Court is welcome to contact the Trustee with any questions.

                              Respectfully submitted,

                              ***OFFICE OF THE CHAPTER 13***
                              ***STANDING TRUSTEE***

                              */s/ Isabel C. Balboa*

                              **ISABEL C. BALBOA**
                              Chapter 13 Standing Trustee

ICB:lka

c:     Eric J. Clayman, Esquire   (Debtor(s)' Counsel)   (via Electronic Case Filing / ECF)
       Lisa M. Williams   (Debtor)   (via First Class Mail)