Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 15−30135−JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa M. Williams
   2126 S. Brighton Avenue
   Lindenwold, NJ 08021

Social Security No.:
   xxx−xx−6415

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/21/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: November 21, 2019
JAN: kvr

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 15-30135-JNP
Lisa M. Williams                                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Nov 21, 2019
                              Form ID: 148             Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2019.

```
db            +Lisa M. Williams,    2126 S. Brighton Avenue,    Lindenwold, NJ 08021-2507
cr            +Fay Servicing, LLC,    85 Broad Street,   Suite 501,    New York, NY 10004-1734
cr            +Wilmington Trust National Association,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
515815396      Advocare Ent Specialty Center,    PO Box 3001,    Voorhees, NJ 08043-0598
515815397      Allstate New Jersey Insurance Company,    PO Box 3576,    Akron, OH 44309-3576
516008125     +Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
515815401     +Borough of Lindenwold,    15 N. White Horse Pike,    Clementon, NJ 08021-7564
515882856      Borough of Lindenwold,    Law Offices of David A. Capozzi, P.C.,    601 A White Horse Pike,
                Haddon Heights, NJ  08035
515815405     +CCMUA,   Po Box 1105,    Bellmawr, NJ 08099-5105
515941861     +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
515815403     +Capital One Bank,    c/o Nudelman, Klemm & Golub,    425 Eagle Rock Ave, Ste 403,
                Roseland, NJ 07068-1717
515815402     +Capital One Bank,    c/o Fenton & McGarvey Law Firm, PSC,    2401 Stanley Gault Pkwy,
                Louisville, KY 40223-4175
515815408      Cooper Univeristy Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
515815410      Dr. Richard Dittrich- RWHM,    c/o Apex Asset Management LLC,    PO Box 5407,
                Lancaster, PA 17606-5407
515861221     +Eastern Dental,    3 Kelly Drivers Rd,    Clementon NJ 08021-4823
515815411      Emerg Phy Assoc of S. Jersey, PC,    c/o Akron Billing Center,    PO Box 740021,
                Cincinnati, OH 45274-0021
515815414     +Independence,    1901 Market Street,    Philadelphia, PA 19103-1475
515815415     +Independence Blue Cross,    1901 Market Street,    Philadelphia, PA 19103-1475
515815417     +Kennedy Health System,    c/o Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
515815418      Kennedy Medical Group,    PO Box 95000,   CL 4570,    Philadelphia, PA 19195-0001
515815419      Kennedy University Hospital Inc,    c/o C.Tech Collections Inc.,    PO Box 402,
                Mount Sinai, NY 11766-0402
515815420      Kennedy University Hsopital,    PO Box 48023,    Newark, NJ 07101-4823
515815421      Laboratory Corp of America Collections,    PO Box 2240,    Burlington, NC 27216-2240
515815422     +Lindenwold Sewer Utility,    15 N. White Horse Pike,    Clementon, NJ 08021-7564
515861222     +Medical Diagnostic Laboratories, LLC,    2439 Kuser Road,    Hamilton NJ 08690-3303
515815423      Mercy Diagnostics Inc,    3109 Poplarwood Ct., Ste 302,    Raleigh, NC 27604-1044
515815424      New Century Financial Services,    c/o Pressler and Pressler,    7 Entin Road,
                Parsippany, NJ 07054-5020
515815425      New Jersey American Water,    Box 371331,    Pittsburgh, PA 15250-7331
515815426     ++PNC BANK,   500 FIRST AVE P7-PFSC-02-F,    PITTSBURGH PA 15219-3129
              (address filed with court: PNC Bank,    Garnishment Processing,    500 First Avenue,
                Pittsburgh, PA 15219)
515861223     +QVC,   c/o Penn Credit,    916 S 14th Street,    PO Box 988,   Harrisburg PA 17108-0988
515815428      Rancocas Anesthesiology,    PO Box 95000-3170,    Philadelphia, PA 19195-0001
515815429     +Reconstructive Orthopedics,    4 Eves Drive, Bldg A, Ste 100,    Marlton, NJ 08053-3195
515815430     +Regional Women's Health Group,    PO Box 536,    Voorhees, NJ 08043-0536
515815431     +Richard J. Diitrich, DO,    1000 White Horse Rd, Ste 612,    Voorhees, NJ 08043-4412
515861224     +Rothman Institute,    c/o ProCo,   PO Box 2462,    Aston PA 19014-0462
515815432      Rowan SOM Faculty Practice Plan,    Rowan SOM Dept. of Int Gen Med,    PO Box 635,
                Bellmawr, NJ 08099-0635
515815433      Rowan SOM General Internal Med,    c/o Penn Credit,    916 S. 14th Street,    PO Box 988,
                Harrisburg, PA 17108-0988
515815437     +STAT Medical Transport,    PO Box 13702 30th Street Station,    Philadelphia, PA 19101-3702
515815434      South Jersey Gas,    attn Mrs. Flemming,    PO Box 6091,   Bellmawr, NJ 08099-6091
515815435     +South Jersey Gas,    c/o Rickart Collection Systems, Inc.,    575 Milltown Road,    PO Box 7242,
                North Brunswick, NJ 08902-7242
515815436      South Jersey Radilogy Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
515815438      Strive Physical Therapy,    740 Marne Hwy, Ste 203,    Moorestown, NJ 08057-3127
515815440      The Children's Hospital of Philadelphia,    Lockbox #8017,    PO Box 8500,
                Philadelphia, PA 19178-8017
515815441     +Trover Solutions/Independence Blue Cross,    c/o Gibson & Sharps,    9420 Bunsen Pkwy #250,
                Louisville, KY 40220-4205
515861225     +UniCare UniView Vision,    4000 Luxottica Place,    Mason OH 45040-8114
515815442      Upright MRI of Cherry Hill,    PO Box 296,    Cedar Brook, NJ 08018-0296
515861226     +Victoria's Secret/World Finan.,    c/o NCC,    245 Main Street,    Dickson City PA 18519-1641
515815443     +Virtua Health System-WJ,    c/o Apex Asset Managment LLC,    PO Box 5407,
                Lancaster, PA 17606-5407
515815444      Virtua Health Voorhees,    Po Box 8500-8267,    Philadelphia, PA 19178-8267
517189347      Wilmington Trust, National Association,    Attn Fay Servicing, LLC,    PO Box 814609,
                Dallas, TX 75381-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2019 00:29:27     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2019 00:29:25     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Nov 21, 2019
                              Form ID: 148             Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515836424         EDI: AIS.COM Nov 22 2019 04:58:00       American InfoSource LP as agent for,
                  T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
515966933         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2019 00:42:31
                  Ashley Funding Services LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC  29603-0587
515815398        +E-mail/Text: bankruptcy@pepcoholdings.com Nov 22 2019 00:28:58       Atlantic City Electric,
                  PO Box 13610,    Philadelphia, PA 19101-3610
515815400         EDI: BANKAMER.COM Nov 22 2019 04:58:00       Bank of America,    PO Box 15019,
                  Wilmington, DE 19886-5019
516030629        +EDI: BANKAMER.COM Nov 22 2019 04:58:00       BANK OF AMERICA, N.A.,    PO BOX 31785,
                  Tampa, FL 33631-3785
515815399         EDI: BANKAMER.COM Nov 22 2019 04:58:00       Bank of America,    PO Box 5170,
                  Simi Valley, CA 93062-5170
515815404         EDI: CAPITALONE.COM Nov 22 2019 04:58:00       Capital One Bank,    Po Box 71083,
                  Charlotte, NC 28272-1083
515862017         EDI: CAPITALONE.COM Nov 22 2019 04:58:00       Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC 28272-1083
515861220        +E-mail/Text: egssupportservices@alorica.com Nov 22 2019 00:29:37       Capital One Bank USA, N.A.,
                  c/o NCO Financial Systems,    PO Box 17218,    Dept 64,    Wilmington DE 19850-7218
515815406        +EDI: PHINHARRIS Nov 22 2019 04:58:00       Children's Hospital of Philadelphia,
                  c/o Harris & Harris LTD,    111 West Jackson Blvd, Suite 400,    Chicago, IL 60604-4135
515815407        +EDI: COMCASTCBLCENT Nov 22 2019 04:58:00       Comcast,    PO Box 3005,
                  Southeastern, PA 19398-3005
515815409         EDI: ESSL.COM Nov 22 2019 04:58:00       Dish,    PO Box 94063,    Palatine, IL 60094-4063
515815413         E-mail/Text: bankruptcy@hsn.net Nov 22 2019 00:30:02       HSN,    Attn: Collections Department,
                  PO Box 9090,    Clearwater, FL 33758-9090
515815412        +E-mail/Text: tuscolsup@fisglobal.com Nov 22 2019 00:30:06       Harrahs Atlantic City,
                  c/o Complete Payment Recovery Services,    3500 5th Street,    Northport, AL 35476-4723
515815416         EDI: IRS.COM Nov 22 2019 04:58:00       IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
516023525        +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2019 00:41:38       PYOD LLC,
                  c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
515815427        +E-mail/Text: bankruptcy@affglo.com Nov 22 2019 00:29:28       QVC, Inc.,
                  c/o Global Credit & Collection Corp.,    5440 N Cumberland Ave, Ste 300,
                  Chicago, IL 60656-1486
515818135         EDI: RMSC.COM Nov 22 2019 04:58:00       Synchrony Bank,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
515815439         EDI: AISTMBL.COM Nov 22 2019 04:58:00       T-Mobile,    PO Box 742596,
                  Cincinnati, OH 45274-2596
515815445        +EDI: WESTASSET.COM Nov 22 2019 04:58:00       Worldwide Asset Purchasing LLC,
                  c/o Capital Management Services LP,    726 Exchange Street, Ste 700,    Buffalo, NY 14210-1464
                                                                                                TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517189348*        Wilmington Trust, National Association,    Attn Fay Servicing, LLC,    PO Box 814609,
                  Dallas, TX 75381-4609
                                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                                      Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Nov 21, 2019
                              Form ID: 148             Total Noticed: 72
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Lisa M. Williams jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Lisa M. Williams jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC bankruptcy@friedmanvartolo.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Trust National Association
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
                                                                                             TOTAL: 8
```